# UNITED STATES DISTRICT COURT
for the
_____ District of _____

_____ Division

FILED
CHARLOTTE, NC

MAR 29 2023

US DISTRICT COURT
WESTERN DISTRICT OF NC

_harris: cristna-marie._
Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

_See attached_
Defendant(s)
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. _3:23-CV-187-FDW_
(to be filled in by the Clerk's Office)

Jury Trial: (check one) [✓] Yes [ ] No

## COMPLAINT FOR A CIVIL CASE

I. **The Parties to This Complaint**

A. **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | _harris: cristna-marie_ |
| Street Address | _c/o 2547 kinmere drive_ |
| City and County | _Gastonia Gaston_ |
| State and Zip Code | _North Carolina Non domestic w/o US_ |
| Telephone Number | _704-617-0946_ |
| E-mail Address | _bodydivine@gmail.com_ |

B. **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1
    Name     See Attached
    Job or Title *(if known)*
    Street Address
    City and County
    State and Zip Code
    Telephone Number
    E-mail Address *(if known)*

Defendant No. 2
    Name     "
    Job or Title *(if known)*
    Street Address
    City and County
    State and Zip Code
    Telephone Number
    E-mail Address *(if known)*

Defendant No. 3
    Name     "
    Job or Title *(if known)*
    Street Address
    City and County
    State and Zip Code
    Telephone Number
    E-mail Address *(if known)*

Defendant No. 4
    Name     "
    Job or Title *(if known)*
    Street Address
    City and County
    State and Zip Code
    Telephone Number
    E-mail Address *(if known)*

II. **Basis for Jurisdiction**

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[ ] Federal question     [✓] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

A. **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

B. **If the Basis for Jurisdiction Is Diversity of Citizenship**

1. The Plaintiff(s)

    a. If the plaintiff is an individual
    
    The plaintiff, *(name)* __harris: ORISTINA-marie__, is a citizen of the State of *(name)* __Sweet Water Indigenous American Republic__
    
    b. If the plaintiff is a corporation
    
    The plaintiff, *(name)* __NA__, is incorporated under the laws of the State of *(name)* _____,
    and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual
    
    The defendant, *(name)* __Pamela Reed__, is a citizen of the State of *(name)* __North Carolina__. Or is a citizen of *(foreign nation)* _____.

Page 3 of 5

b. If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)* **See Attached**

3. The Amount in Controversy **$ 200,922,200.00**

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

_____

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

**See attached**

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

**See attached**

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: *March 29, 2023*

Signature of Plaintiff: *harris: cristina-marie*
Printed Name of Plaintiff: *harris: cristina-marie*

### B. For Attorneys

*NA*

Date of signing: _____

Signature of Attorney _____
Printed Name of Attorney _____
Bar Number _____
Name of Law Firm _____
Street Address _____
State and Zip Code _____
Telephone Number _____
E-mail Address _____

NOTICE-RB990516982US.44
ph 314-203-9528
ph 470-561-9757
ph 704-617-0946
Advocates
email: washingtonlove333@gmail.com
email: israelbey19@gmail.com
email: bodydivine@gmail.com

**WE DEMURRER! NOTICE TO ALL attorneys, or Magistrate's Decision of default judgment IF YOU ARE READING THE WORDS IN THIS DOCUMENT!!!! you are not a party of interest to this BREACH OF CONTRACT, and unethical conduct by LENNAR MORTGAGE LLC, EAGLE HOME MORTGAGE LLC, DOVENMUEHLE MORTGAGE INC, HUTCHENS LAW FIRM, Pamela Reed, John Mandulak and its executives, agents, and assigns. Govern yourself accordingly.**

## 24 HOURS TO CURE AFTER RECEIPT NOTICE TO ALL PARTIES OF INTEREST

You are in VIOLATION of and NON-COMPLIANT with
the FALSE CLAIMS ACT, and The Laws Of North Carolina
You are hereby, ORDERED to CEASE AND DESIST THE
UNAUTHORIZED PRACTICE OF LAW, or further lawful
action will be taken, Namely Quo Warranto filed
BY THE RELATOR ex rel... the state of North Carolina.

Date 03/28/2023

**RELATOR in relation to the state of North Carolina**

Re:℅ Cristina Marie Harris Living Trust
2547 kinmere drive
Gastonia, North Carolina
Non-Domestic Without U.S.
ph 470-561-9757 israelbey19@gmail.com

NOTICE-RB990516982US.44

ph 314-203-9528
ph 470-561-9757
ph 704-617-0946
Advocates
email: washingtonlove333@gmail.com
email: israelbey19@gmail.com
email: bodydivine@gmail.com

**To:**

LENNAR MORTGAGE, LLC *Defendant*
d/b/a EAGLE HOME MORTGAGE, LLC
5505 Blue Lagoon Drive Suite 502
Miami, FL 33126

DOVENMUEHLE MORTGAGE INC *Defendant*
1 Corporate Drive, Ste. 360
Lake Zurich, IL 60047-8945

HUTCHENS LAW FIRM, LLP *Defendant DELEWARE INCORP*
Registered Agent: Hutchens, H Terry et. al. *Principal place - North Carolina*
4317 Ramsey St
Fayetteville, NC 28311-2133

Pamela Reed et. al. *Defendant [North CAROLINA] B.A.R.*
4317 Ramsey St
Fayetteville, NC 28311-2133

John Mandulak et. al. *Defendant [North Carolina] B.A.R.*
4317 Ramsey St
Fayetteville, NC 28311-

### 1. THE ANSWER

A. All parties making claims against the Cristina Marie Harris Living Trust are hereby Noticed and Warned that you do not have the authority nor jurisdiction to engage in any of the following;

B. (Misconduct in the exercise of a franchise) Breach of trust Contract Unethical Conduct By LENNAR MORTGAGE LLC, EAGLE HOME MORTGAGE LLC, HUTCHENS LAW FIRM, Pamela Reed, John Mandulak (mortgage/assignment of rents: COUNTY RECORDED DOCUMENT). The Trustee(s) have dis-honored their fiduciary duties according to NORTH CAROLINA TRUST/ESTATE LAW and the governing trust instrument (MORTGAGE /ASSIGNMENT OF RENTS).

NOTICE-RB990516982US.44
ph 314-203-9528
ph 470-561-9757
ph 704-617-0946
Advocates
email: washingtonlove333@gmail.com
email: israelbey19@gmail.com
email: bodydivine@gmail.com

C. **COUNTERCLAIM NOTICE OF UNAUTHORIZED PRACTICE OF LAW ON behalf of the state of [North Carolina]** the relator hereby brings this counterclaim against all parties involved for engaging in misconduct and exercise of a franchise by operation of the unauthorized practice of law.

D. **USURPATION OF AN OFFICE OR FRANCHISE.** The attorneys who work for banks are filing claims and disputes on/in their behalf which is an exercise in the unlawful use of; Constitutional Laws, Bills, Acts, Statutes, Codes, and Ordinances, by engaging in the unauthorized practice of law (ie...) **WITHOUT THE STATE OF NORTH CAROLINA**, they prepare drafts of wills, trust agreements, and contracts, then by conspiring together to get the "landlord" who is really the original tenant to engage in fraud in the inducement with an unknowledgeable third party(unauthorized assignee) who ends up with the (unlawful assignment of leases and rents) and causing the third party to sign an agreement to pay the mortgage of the "landlord" who is really the original tenant and when the third party defaults they are faced with the threat that an order to bring suits against the third party estates in which all parties including the attorney, bank, and "landlord"(original tenant) start the unlawful process by drafting false and misleading statements (unlawful eviction process) while bringing fraud upon the court.

E. **All parties named above You are in VIOLATION of and NON-COMPLIANT with the FALSE CLAIMS ACT. YOU ARE INVOLVED IN FRAUD IN THE INDUCEMENT AND CONFIDENCE GAMES, UNLAWFUL TRANSFER OF TITLE, AND ASSIGNMENT, BREACH OF CONTRACT, BREACH OF TRUST, IDENTITY THEFT.**

## 2. RELIEF

Demand for Production of Documents is made for the production of the entire governing trust instrument(MORTGAGE/ASSIGNMENT OF RENTS), and a full accounting referred to in the COUNTERCLAIM for which this answer is provided, and within 1 day of this demand. Redress [to Cristina Marie Harris Living Trust] for damages, harm, trespass, and fees, in the amount of [$200,886,200.00] make check payable to [Cristina Marie Harris Living Trust] and release of all claims of in rem property located at 2547 kinmere drive Gastonia North Carolina to the equitable owner, harris, cristina-marie

NOTICE-RB990516982US.44
ph 314-203-9528
ph 470-561-9757
ph 704-617-0946
Advocates
email: washingtonlove333@gmail.com
email: israelbey19@gmail.com
email: bodydivine@gmail.com

### 3. ORDER TO DISMISS

For the exercise of the unauthorized practice of law WITHOUT THE STATE OF NORTH CAROLINA eg... (Supreme Court, court of original jurisdiction) in the creation and misuse of all drafts, wills, trust agreements, and contracts.

4. RE: Notice of Equitable Interest in Property 2547 kinmere drive Gastonia North Carolina(address), Cristina Marie Harris Living Trust, (assignee).

5. To Whom It May Concern:

6. We, harris, cristina-marie (Executrix/Heir), hereby provide notice of our equitable interest in the property located at [2547 kinmere drive Gastonia North Carolina(address), Cristina Marie Harris Living Trust (assignee), which is subject to eviction proceedings by [LENNAR MORTGAGE/EAGLE HOME MORTGAGE, (Lender),DOVENMUEHLE MORTGAGE INC, HUTCHENS LAW FIRM, Pamela Reed, John Mandulak (grantor/assignor) We are the beneficial owner(s) and have a significant interest in the property based on the following:

7. We have domiciled at the property as an investor for the past [20 months], and have contributed to the maintenance and upkeep of the property during this time.

8. We have invested significant time and resources in the property, including making repairs, improvements, and modifications to the property to make it more livable.

9. We have had a bonafide private agreement in place for the past 11 months, which we have honored until the improper assignment was noticed.

10. We have made a substantial investment in the property, both in terms of money and sweat equity and have relied on the property as our shelter.

11. Based on the above, we believe that we have an equitable interest in the property that should be considered as part of any foreclosure/eviction proceedings. We demand that you take our interest into account as you proceed with the

NOTICE-RB990516982US.44
ph 314-203-9528
ph 470-561-9757
ph 704-617-0946
Advocates
email: washingtonlove333@gmail.com
email: israelbey19@gmail.com
email: bodydivine@gmail.com

foreclosure/eviction process.

**12.** Please let us know if you require any additional information or documentation to support my equitable interest in the property. We can be reached at [470-561-9757] or [israelbey19@gmail.com]if you have any questions.

**13.** Re: Notice of Equitable Claim for Collection of Debt for Rent
Dear [ John Mandulak] **(grantor),**

**14.** We the heirs by privity are writing this notice to inform you that we are making an equitable claim for the collection of a debt owed to our estate for rent. As you are aware, we have been investing in the property located at 2547 kinmere drive, Gastonia North Carolina since [JULY 1st 2021].

**15.** We have not received any response from you regarding the outstanding principal and interest owed to our estate for the past [20 Months]. As per the unlawful assignment of rents and leases contract, the rent amount for the property is [$3000] per month, and the total amount of unpaid rent currently stands at [$36,000 Amount]. We have made several attempts to contact you to discuss the matter, but unfortunately, all our attempts have been unsuccessful.

**16.** In light of the circumstances, We have decided to take legal action to recover the outstanding rent amount owed to us. We are making an equitable claim for the collection of this debt, and we hereby demand payment of the outstanding rent amount within [1] day from the date of this notice. Failure to make payment within this period will leave us with no choice but to commence legal proceedings against you.

**17.** Please note that this notice serves as evidence of our claim to the debt and that we reserve the right to take legal action against you without any further notice. Thank you for your attention to this matter.

NOTICE-RB990516982US.44
ph 314-203-9528
ph 470-561-9757
ph 704-617-0946
Advocates
email: washingtonlove333@gmail.com
email: israelbey19@gmail.com
email: bodydivine@gmail.com

### 18. The Law of Redemption

1. The land must not be sold permanently, because it is Mine, and you are but foreigners and residents with Me. 2. Thus for every piece of property you possess, you must provide for the redemption of the land. 3. If your brother becomes impoverished and sells some of his property, his nearest of kin may come and redeem what his brother has sold. 4. Or if a man has no one to redeem it for him, but he prospers and acquires enough to redeem his land, 5. he shall calculate the years since its sale, repay the balance to the man to whom he sold it, and return to his property. 6. But if he cannot obtain enough to repay him, what he sold will remain in possession of the buyer until the Year of Jubilee. In the Jubilee, however, it is to be released, so that he may return to his property. 7. If a man sells a house in a walled city, he retains his right of redemption until a full year after its sale; during that year it may be redeemed. 8. If it is not redeemed by the end of a full year, then the house in the walled city is permanently transferred to its buyer and his descendants. It is not to be released in the Jubilee 9. but houses in villages with no walls around them are to be considered as open fields. They may be redeemed, and they shall be released in the Jubilee. 10. As for the cities of the Levites, the Levites always have the right to redeem their houses in the cities they possess. 11. So whatever belongs to the Levites may be redeemed—a house sold in a city they possess—and must be released in the Jubilee because the houses in the cities of the Levites are their possession among the Israelites. 12. But the open pasture land around their cities may not be sold, for this is their permanent possession.

19. https://www.courtlistener.com/opinion/4024576/state-ex-rel-v-jockey-club/
(SUPREME COURT CITATION) EXHIBIT A

20. https://www.courtlistener.com/opinion/4027963/judd-v-tr-sav-bank/
(SUPREME COURT CITATION) EXHIBIT B

21. https://www.courtlistener.com/opinion/3280968/people-v-california-protective-corp/
(SUPREME COURT CITATION) EXHIBIT C

22. https://firstjerseytitle.com/wp-content/uploads/2016/12/Preparation-of-legal-documents.pdf (NJ LEGISLATION) EXHIBIT D