# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## CASE NO. 3:23-CV-00187-FDW-DCK

| | |
|---|---|
| **CRISTINA-MARIE HARRIS,** | )<br>) |
| **Plaintiff,** | )<br>) |
| v. | )<br>) |
| **PAMELA REED; LENNAR MORTGAGE, LLC; DOVENMUEHLE MORTGAGE, INC.; SUBSTITUTE TRUSTEE SERVICES, INC.; HUTCHENS LAW FIRM, LLP; SAFEGUARD PROPERTY MANAGEMENT, LLC; JOHN MANDULAK; GWYNN, EDWARDS & GETTER, PA; HANNAH HEIN,** | )<br>)  **ORDER**<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| **Defendants.** | )<br>) |

**THIS MATTER** is before the Court sua sponte following review of Plaintiff's Amended Complaint, filed pro se. (Doc. No. 5). On April 20, 2023, this Court granted Plaintiff's Motion for Leave to Proceed In Forma Pauperis and dismissed Plaintiff's Complaint for lack of subject matter jurisdiction and for failure to state a claim upon which relief can be granted. (Doc. No. 3). That Order also allowed Plaintiff the opportunity to file—within thirty days—an Amended Complaint to correct the deficiencies identified in that Order. Plaintiff subsequently and timely filed an Amended Complaint. That pleading, however, fails to cure the deficiencies from her initial Complaint, fails to establish this Court's subject matter jurisdiction under either diversity or federal question jurisdiction, and fails to state a claim upon which relief can be granted. For the reasons stated in the Court's prior Order and under the applicable law as contained therein, this Court DISMISSES Plaintiff's Amended Complaint and will not allow another opportunity to amend.

1

**IT IS, THEREFORE, ORDERED** that the Amended Complaint is DISMISSED without prejudice and without leave to amend. The Clerk is respectfully directed to CLOSE THE CASE.

**IT IS SO ORDERED.**

Signed: July 26, 2023

Frank D. Whitney
United States District Judge